IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

AMMALLA BOONLEUANE                                                      PLAINTIFF

v.                          CIVIL NO. 2:17-cv-2213-MEF

NANCY A. BERRYHILL, Commissioner
Social Security Administration                                          DEFENDANT

## JUDGMENT

For the reasons stated in the Court's Memorandum Opinion and Order (ECF No. 17), the clerk is ordered to dismiss the Plaintiff's Complaint without prejudice.

IT IS SO ORDERED on this the 15th day of March, 2018.

/s/ Mark E. Ford
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE